IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KELLY WHITE,

        Plaintiff,

vs.                                         Case No. 18-CV-4050-DDC-JPO

CITY OF TOPEKA, ET AL.,

        Defendants.

## INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS CRUSE AND MACKEY

1.      Declaration of Michael Cruse

2.      Declaration of Justin Mackey

3.      Law Enforcement Center Investigative Report of Detective Brown

4.      Declaration of M.T. Brown

5.      Mackey Axon video (to be filed conventionally)

6.      Cruse Axon video (to be filed conventionally)

{T0459068}