# Exhibit 3

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |

Document Tag: e0oyCbLP

### Analysis of Officer's Axon Body Cameras

**On 09/28/2017, Thursday, at approximately 1000 hours** I (Detective M.T. Brown L24/474), along with several other Lawrence detectives, were assigned to respond to the Topeka Police Department to assist with an officer involved shooting that occurred earlier this date. Upon arrival at the Topeka Police Department, I was assigned to collect video related to this incident. Topeka Police Lieutenant Cross provided me with 2 DVDs on 09/28/2017 and a USB drive on 10/09/2017. Below is a list of the files I was provided:

**DVD 1:**   Evidence.com-Warren, Jeremy  3 file(s) 2017-09-28_T16-21-12

| | | | |
|---|---|---|---|
| AXON_Flex_Video_2017-09-28_0925.mp4 | 9/28/2017 4:21 PM | MP4 Video | 486,662 KB |
| AXON_Flex_Video_2017-09-28_0934.mp4 | 9/28/2017 4:21 PM | MP4 Video | 180,233 KB |
| AXON_Flex_Video_2017-09-28_0935.mp4 | 9/28/2017 4:22 PM | MP4 Video | 230,044 KB |

**DVD 2:**   100MEDIA-from Drone

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |

**USB Drive:**    Video-Documents etc- from LT Cross

       OIS 97960-17

           Axons

           iPevo Snapshots (phone)

           Monica Salcido Cell phone video

           Timberlee Apts Video Collection

           UAS

           Video from DET Sanders

| Axons | iPevo Snapshots (phone) | Monica Salcido Cell phone video | Timberlee Apts Video Collection |
|---|---|---|---|
| Aaron Bulmer | 2017 | VID_20170928_103849397.mp4 | Multiplex Camera View Photo |
| Alexander Wall | PresenterSQLite.db | VID_20170928_104700456.mp4 | Video Collection Report |
| Chad Lindsay | | | Video Files |
| Clinton Eubanks | | | |
| Damon Whisman | | | |
| Dan Wilson | | | |
| Derek Child | | | |
| Derek Parrett | | | |
| Desiree Jurski-Gardner | | | |
| Evan Friedrichs | | | |
| Gary Bledsoe | | | |
| Jason Cooper | | | |
| Jeff Schleuder | | | |
| Jeff Sloan | | | |
| Josh Klamm | | | |
| Ken Evans | | | |
| Kevin Schulz | | | |
| Kristen Marr | | | |
| Kurtis VanDonge | | | |
| Louis Cortez | | | |
| Matt Wilson | | | |
| Axon Videos 97960-17.pdf | | | |

### LAW ENFORCEMENT CENTER
### INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

 UAS

 Manual Photos & Video

 Pix4D Data Files

 ripley2d-1_transparent_mosaic_group1.tif

ripley3d-1_transparent_mosaic_group1.tif

 **Video from DET Sanders**

 Interview of Eloisa Munoz by DET Kinnett

 20170928_094904.mp4

Upon returning to the Investigations and Training Center (ITC), I put copies of the video files from DVD 1 and DVD 2 on a secure drive and later placed the original DVDs handed to me by Cross into evidence under this case number. On 10/09/2017, when I collected the USB Drive containing the items listed above, I placed a copy of these files onto a secure drive, burned the files from the USB Drive onto a DVD, and placed that DVD into evidence under this case number.

**On November 9, 2017** I began my analysis of the video from the body cameras of the two officers involved in the shooting on 09/28/2017. These Officers were identified as Topeka Police Officers Cruse and Mackey.

I began by contacting Cross for information about the body camera system that recorded the incident. Lt. Cross had me contact Topeka Police Detective Jeremy Warren, who provided me the following details about the two officer's body cameras:

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#: **L17072183**  Victim:
Offense: **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time: **09/28/2017**  Detective: **M.T. Brown L24/474**

Officer Mackey:

Model: **Axon Flex 1. Serial number: X78013275**. Worn on the side of his head. See below:



## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

Officer Cruse:

Model **Axon Flex 1. Serial number X78031785**. Worn on right shoulder, see below:

**Camera**



## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

Upon review of the video files I was provided, I noted the following:

**Mackey's video:**

AXON_Flex_Video_2017-09-28_0934.mp4



**Cruse's Video:**

AXON_Flex_Video_2017-09-28_0935.mp4



1. The files are in a mp4 format;
2. There is no proprietary player provided.
3. No date or time is visible.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

After researching the video files' metadata, I could not determine any type of time associated with the video from the officer's cameras. I contacted Axon for information related to how time is calculated or viewed as it pertains to the video files.

I ultimately spoke to the following individual:

Bryan Chiles
Technical Compliance Manager
Office: 480-502-6270
Email: bchiles@axon.com

Chiles informed me Axon's Flex 1 model is designed to save its footage to a webserver Axon calls Evidence.com. Chiles explained that the Flex 1 does not have a running time display. Chiles advised the typical procedure is to base time off of the time included in the name of the file as the starting time and then calculate the time based on duration, ie:

AXON_Flex_Video_2017-09-28_**0934**.mp4   (Mackey's video):



I told Chiles the time included in the name only includes hour and minutes, but not seconds. I asked him how seconds are calculated. Chiles advised the following:

Using a program called MP4 Reader to find the **UUID** header of the video file :

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

## Contents
**No table of contents entries found.**



Using this value, which is a Unix 32 bit Hex Value- Little Endian, I used the following program to convert it to date and time. See below:



Further research revealed the date and time derived from the UUID header, is the date and time the video file was completed. To obtain the start time of the video the following calculation must be performed:

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

End Time (from UUID header) – duration = Start Time (with seconds)

See Below:



Calculation for Cruse's video file:

AXON_Flex_Video 2017-09-28_0935.mp4



## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | L17072183 | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

MP4 Reader to find the UUID header:



Unix 32 Hex Value- Little Endian converted to date and time:



End Time (from UUID header) – duration = Start Time (with seconds)

See Below:

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Start time (rounded apparently rounded to 0935)

After researching and calculating the start time for Cruse and Mackey's video, I reviewed both officers video footage. I imported the two video files into Adobe Premiere 2018CC and using audio and video cues, I attempted to synchronize both videos. Due to each video having a variable frame rate which may vary between each frame and at different rates between the two cameras, it is difficult to create a single time line with both videos synchronized along with the associated audio. Additional analysis will be required to produce a single timeline showing both videos synchronized. Below is an image of the video I produced combining footage from both cameras manually synchronized at certain points:



I exported the synchronized video as an uncompressed .avi titled:

### LAW ENFORCEMENT CENTER
### INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

I opened the above file in Axon Five Professional see details below:

Product: Axon Five
Product Edition: Professional
Build date: 20171120
Revision: 10039
Platform: Microsoft Windows, 32 bit
License: 2030138740
SMS Expiration: 2017-12-01
(c) 2008-2017 Amped SRL
http://axon.com

I used Axon Five Professional to do the following:

Based on the time calculation described above, I added a date and time stamp to the video.

**Note:** Since Mackey's video started before Cruse's video and ended after his, I used the time calculations from Mackey's video to calculate the time stamp; which I placed in the center above both the synchronized videos. See below:

**1st Frame of Mackey's Video.**




## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



**Last Frame of Mackey's Video.**

I exported the synchronized video as an uncompressed AVI. I analyzed each frame of the original footage provided to me, as well as images from the synchronized video I created by combining both views into one view. I also reviewed video and images captured by Topeka Detectives from their drone footage of the area. Below is the sequence of events I observed:

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |

Google image of area:



Roughly the area first visible when Mackey activates his camera.





Cruse's vehicle



Mackey's vehicle

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



From Mackey's camera: Cruse's
vehicle- contacting an individual.



From Mackey's camera: Individual is
walking southwest.

# LAW ENFORCEMENT CENTER
# INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

From Mackey's camera



Mackey's vehicle      Cruse's vehicle



DJI_0179.JPG



DJI_0267.JPG

Page 16 of 172

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

**Below are the sequence of events I observed (using images from the synced camera footage) :**



1st Frame of Mackey's video.



Cruse over the radio tells Mackey he is ignoring him could you stop him

Mackey looking over at Cruse's vehicle, where he is talking to an individual.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



1st Frame from Officer Cruse's camera



Officer Mackey's Vehicle.

Officer Mackey, says over his P.A. system: "Hold up I needs to ask you a question."

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#: **L17072183**                          Victim:
Offense: **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time: **09/28/2017**                     Detective: **M.T. Brown L24/474**



Both Officers have parked their vehicles and are exiting.



Cruse explains to Dominique White that the officers are there investigating a gunshots call. White says something that is unintelligible. Off. Cruse tells White he has nothing to do with his "chic" and is concerned with his and the community's safety.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#: **L17072183**                           Victim:
Offense: **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time: **09/28/2017**                      Detective: **M.T. Brown L24/474**



White says something
unintelligible and points
to the west. Cruse ask
him why he ignored him.
White says something
unintelligible and Cruse
replies, he understands
that but he has nothing to
do with his "chic" and is
concerned with his and
the community's safety.



Mackey asks: "but you
said you heard the
gunshots coming from
the west?" White's
response is
unintelligible. Cruse
says, "Alright, I
appreciate that."
Mackey asks White,
"about how far over do
you think you heard
them?" White replied,
"three blocks." Cruse
states, "I appreciate it."

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Cruse asked White if he is going to be okay and if he needs an ambulance.



Mackey changes position: Cruse asks, "You don't have any guns or anything like that on you right?"

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Mackey is pointing at White's back



Mackey point to his own back waist area - Cruse asks White, "What you have in your back?"

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



White replies, "In my back?" and reaches with his right hand-Cruse draws his firearm and keeps by his right side.



Cruse tells White not to reach and White pulls his hand away from back.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Cruse tells White to keep his hands pointed straight out which White does.



White pulls his shirt up. Cruse says, "Alright, that's good."

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |



White has put his hands back out in front of himself. Cruse says to Mackey, "Can you check him out real quick?"



White says, "Please do not touch me."

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:      **L17072183**                              Victim:
Offense:    **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:  **09/28/2017**                             Detective: **M.T. Brown L24/474**



Mackey begins to pat White down. White says, "Don't, don't do that, you have no reason to arrest me bro."



Mackey announces, "He has a gun in his pocket, he has a gun in his pocket." Mackey orders White to "lay down."

# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Cruse grabs White's right wrist and White can be heard to say "you have no reason [the rest is unintelligible]"



Mackey yells, "Stop!"

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:         **L17072183**                      Victim:
Offense:       **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:     **09/28/2017**                     Detective: **M.T. Brown L24/474**



White is actively resisting. Someone (I believe it to be White) can be heard saying, "stop, stop, stop, please stop."



Mackey keys up his radio and states, "Back 10-39".

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                              Victim:
Offense:      **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:    **09/28/2017**                             Detective: **M.T. Brown L24/474**



White has now broken
free of Mackey's grip.



Cruse's firearm is
visible.

# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                          Victim:
Offense:      **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:    **09/28/2017**                         Detective: **M.T. Brown L24/474**






Images from Original Video

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:           **L17072183**                                    Victim:
Offense:         **Death Investigation/Asst. Outside Agency**     Suspect:
Date/Time:       **09/28/2017**                                   Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:         **L17072183**                                    Victim:
Offense:       **Death Investigation/Asst. Outside Agency**   Suspect:
Date/Time:     **09/28/2017**                                  Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





### LAW ENFORCEMENT CENTER
### INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Slide on Cruse's gun is back and a casing can be seen ejecting.



## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:      **L17072183**      Victim:
Offense:     **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:   **09/28/2017**      Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





**1.** Slide on Mackey's gun is back and a casing can be seen ejecting.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





**2.** Slide on Mackey's gun is back and a casing can be seen ejecting.

# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:         **L17072183**                          Victim:
Offense:       **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:     **09/28/2017**                         Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





**3.** Slide on Mackey's gun is back and a casing can be seen ejecting (next image).

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



