# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





**4.** Slide on Mackey's gun is back and a casing can be seen ejecting (next image).

# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

Case#:          L17072183                                    Victim:
Offense:        Death Investigation/Asst. Outside Agency    Suspect:
Date/Time:      09/28/2017                                   Detective: M.T. Brown L24/474





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





### LAW ENFORCEMENT CENTER
### INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





**LAW ENFORCEMENT CENTER**
**INVESTIGATIVE REPORT**

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:         **L17072183**                                    Victim:
Offense:       **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:     **09/28/2017**                                Detective: **M.T. Brown L24/474**





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                                Victim:
Offense:      **Death Investigation/Asst. Outside Agency**  Suspect:
Date/Time:    **09/28/2017**                               Detective: **M.T. Brown L24/474**





From Mackey's
Original Video.



A spot can
be seen
forming
on
White's
shirt.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                          Victim:
Offense:      **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:    **09/28/2017**                         Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                                    Victim:
Offense:      **Death Investigation/Asst. Outside Agency**     Suspect:
Date/Time:    **09/28/2017**                                   Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |







A spot can be seen forming on White's shirt.

From Mackey's Original Video.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#: **L17072183**                                    Victim:
Offense: **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time: **09/28/2017**                              Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:          **L17072183**                          Victim:
Offense:        **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:      **09/28/2017**                          Detective: **M.T. Brown L24/474**





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                              Victim:
Offense:      **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:    **09/28/2017**                              Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| Case#: | L17072183 | Victim: |
|---|---|---|
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:     **L17072183**     Victim:
Offense:     **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:  **09/28/2017**     Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | L17072183 | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



