# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

| | | |
|---|---|---|
| Case#: | L17072183 | Victim: |
| Offense: | Death Investigation/Asst. Outside Agency | Suspect: |
| Date/Time: | 09/28/2017 | Detective: M.T. Brown L24/474 |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| Case#: | **L17072183** | Victim: |
|---|---|---|
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





Mackey has removed hand and announced on his radio: "Shots fired, shots fired."

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | L17072183 | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

Lead: 35
SUPPLEMENT:91

| Case#: | **L17072183** | Victim: |
|---|---|---|
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#: **L17072183**      Victim:
Offense: **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time: **09/28/2017**      Detective: **M.T. Brown L24/474**





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                          Victim:
Offense:      **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:    **09/28/2017**                         Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:          **L17072183**                          Victim:
Offense:        **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:      **09/28/2017**                         Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                        Victim:
Offense:      **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:    **09/28/2017**                        Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:        **L17072183**                                    Victim:
Offense:      **Death Investigation/Asst. Outside Agency**     Suspect:
Date/Time:    **09/28/2017**                                   Detective: **M.T. Brown L24/474**





# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:          **L17072183**                                   Victim:
Offense:        **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:      **09/28/2017**                                  Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

Case#:          **L17072183**                    Victim:
Offense:        **Death Investigation/Asst. Outside Agency** Suspect:
Date/Time:      **09/28/2017**                    Detective: **M.T. Brown L24/474**





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** | |





### LAW ENFORCEMENT CENTER
### INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Mackey says on the radio, ""Start a fire AMR."

The person Cruse initially contacted can be heard asking "why."



### LAW ENFORCEMENT CENTER
### INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Cruse is on the radio saying, "Requesting AMR 10-39, scene is secure."



Cruse is at rear of his vehicle retrieving a medical kit-female is visible. Cruse ask her, "Why didn't you tell me he had a gun." She replied, "Why the fuck, why would you do that."

Cruse replies, "Cause he was reaching for the gun."

She replies, "He was not."

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Cruse is running to Mackey and White's location with the medical kit, Mackey's camera records several people on the corner. Audio from several people can be heard along with sirens.



Another officer has arrived

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Gun being removed from left pocket by Cruse.



# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |



Cruse hands gun to Mackey.



Cruse removes what appears to be a magazine from White's pocket.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | | |
|---|---|---|---|
| Case#: | **L17072183** | Victim: | |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: | |
| Date/Time: | **09/28/2017** | Detective: | **M.T. Brown L24/474** |



Cruse hands magazine to Mackey.



Mackey opening hatch of his vehicle.

# LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |





Mackey and Cruse continue to administer 1st aid until it is decided they will leave and go to the station.

## LAW ENFORCEMENT CENTER
## INVESTIGATIVE REPORT

**Lead: 35**
**SUPPLEMENT:91**

| | | |
|---|---|---|
| Case#: | **L17072183** | Victim: |
| Offense: | **Death Investigation/Asst. Outside Agency** | Suspect: |
| Date/Time: | **09/28/2017** | Detective: **M.T. Brown L24/474** |

**Note:** Because the video from both of the cameras are a variable frame rate, and the lack of milliseconds being present on the original footage, the time code at the top of the above images is an approximation. Further analysis is required to further refine reference times. See supplement 92 under this case number and lead number 35 to see details related to frame by frame analysis; which includes millisecond offsets between frames.

**Note:** As noted above, I placed the original DVD provided to me by Lt. Cross into evidence under this case number. Additionally, using Axon-Five professional, I exported sequential images from each of Mackey and Cruse's video of this incident. This export created an image of each frame so the viewer can see every frame of video from both officers video. I placed a copy of the original along with a folder containing the sequential images and other files used to analyze the video onto a blue-ray dvd; which I placed into evidence under this case number.

**End of report.**

**M.T. Brown**
**Detective**

Signature _____        Approved _____