IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KELLY WHITE, Individually, as Administrator, Of the Estate of Dominique T. White, deceased, And as Next Friend of minor grandchildren TUW, JSW, JKW, NCW,<br>        Plaintiff,<br>v.<br><br>CITY OF TOPEKA, KANSAS, TOPEKA POLICE OFFICER MICHAEL CRUSE, OFFICER JUSTIN MACKEY and JOHN DOE OFFICERS 1-5,<br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 18-4050 DDC/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

## INITIAL DISCLOSURES OF THE DEFENDANTS CITY OF TOPEKA, OFFICER MICHAEL CRUSE AND OFFICER JUSTIN MACKEY

Pursuant to Fed. R Civ. P. 26(a)(1), defendants City of Topeka, Officer Michael Cruse and Officer Justin Mackey make the following initial disclosures. Defendants investigation is ongoing and defendant reserves the right to supplement and/or amend these disclosures as to witnesses and exhibits it intends to call at trial:

(A)(i)  Name and, if known, the address and telephone number of each individual likely to have discoverable information that the defendant may use to support its defenses:

1. Officer Justin Mackey
   Topeka Police Department
   215 SE 7th Street
   Topeka, KS 66603
   (785) 368-3883

Subject(s) of Information: Account of the incident, TPD policies and procedures, and training history.

**White v. City**                                                                                                                  **Page 1 of 6**
**Case No. 18-4050**
**Initial Disclosures of Defendants City, Crue and Mackey**

2. Officer Michael Cruse
Topeka Police Department
215 SE 7th Street
Topeka, KS 66603
(785) 368-3883

Subject(s) of Information: Account of the incident, TPD policies and procedures, and training history.

3. Chief William Cochran
Major Steve Purney
Luther Ganieany
Topeka Police Department
215 SE 7th Street
Topeka, KS 66603
(785) 368-3883

Subject(s) of Information: Policies, procedures and/or training of Topeka Police Department.

4. LT John Sturgeon
Cpt. Bryan Wheeles
Topeka Police Department
215 SE 7th Street
Topeka, KS 66603
(785) 368-3883

Subject(s) of Information: Professional Standards Unit investigation report regarding the incident.

5. Detective Jason Judd
Officer Gina Adame
Detective Dan Davies
Officer Josh Klamm
Topeka Police Department
215 SE 7th Street
Topeka, KS 66603
(785) 368-3883

Subject(s) of Information: Investigation of the incident.

6. Veronica Lammer

Subject(s) of Information: Dominque White's relationship and interaction with his children.

**White v. City**  Page 2 of 6
**Case No. 18-4050**
**Initial Disclosures of Defendants City, Crue and Mackey**

7. Leona Magdalene Pahmahmie
   Alicia Rose Torrez
   Ashley Ann Wilson

Subject(s) of Information: Witness with relevant information regarding the incident and/or Dominique White.

8. Detective Lance Flachsbarth
   Detective Charles Cottengim
   Jamie Lawson
   Detective K. Nicholson
   Detective Sam Hiatt
   Detective David Garcia
   Sam Harvey
   Detective Jamie Lawson
   Detective Scott Slifer
   Detective MT Brown
   Lawrence Police Department
   City of Lawrence, City Attorney's Office
   PO Box 708
   Lawrence, KS 66044
   (785) 832-3470

Subject(s) of Information: Investigation of the incident and the area canvas.

9. Dianne Elizabeth Williams

Subject(s) of Information: Placement of 911 call.

10. All witness listed in plaintiffs' Rule 26(a)(1) disclosure.

(A)(ii) A copy of the following documents, ESI and tangible things that are in the possession, custody, or control of the defendant and that the defendant may use to support its defenses:

1. Topeka Police Department Professional Standards Unit Case Report.

2. Topeka Police Department General Orders 3.7, 4.1, 4.2, 4.3, 4.4, 4.16, and 4.23.

3. Topeka Police Department Training File of Office Michael Cruse.

4. Topeka Police Department Training File of Justin Mackey.

5. Lawrence Police Department Video Analysis.

White v. City  Page 3 of 6
Case No. 18-4050
Initial Disclosures of Defendants City, Crue and Mackey

6. U.S. Department of Justice determination.

7. Shawnee County District Attorney's Office Analysis.

8. Professional Standards Unit Interview of Officer Justin Mackey.

9. Professional Standards Unit Interview of Officer Michael Cruse.

10. Topeka Police Department Reports.

11. Shawnee County Sheriff Office Deputy Reports.

12. Kansas Highway Patrol Reports.

13. AXON video from Officer Michael Cruse.

14. AXON video from Justin Mackey.

15. Shawnee County Emergency Communications Center Call Report and Audio.

16. Interviews of Witnesses: Dianne Elizabeth Williams; Leona Magdalene Pahmahmie; Ashley Ann Wilson; Alicia Rose Torres; and Veronica Lammer.

17. Kansas Bureau of Investigation Lab Reports.

18. Any and all documents listed by the Plaintiffs.

(A)(iii) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

None.

**White v. City**     **Page 4 of 6**
**Case No. 18-4050**
**Initial Disclosures of Defendants City, Crue and Mackey**

(A)(iv) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

None.

Respectfully Submitted:

CITY OF TOPEKA

BY: /s/ *Shelly Starr*
Mary R. (Shelly) Starr #12986
Nicholas H. Jefferson, #25530
Assistant City Attorney
Legal Department
215 SE 7th Street, Room 353
Topeka, Kansas 66603
(785) 368-3883; (785) 368-3901 (fax)
sstarr@topeka.org
njefferson@topeka.org
Attorneys for Defendant City of Topeka

AND

FISHER, PATTERSON, SAYLER & SMITH, LLP

BY: /s/ J. Steven Pigg
J. Steven Pigg, #09213
David R. Cooper, #16690
3550 SW 5th St
Topeka, KS 66606
(785) 232-7761; (785) 232-6604 (fax)
spigg@fisherpatterson.com
dcooper@fisherpatterson.com
Attorneys for Defendants Cruse and Mackey

White v. City  Page 5 of 6
Case No. 18-4050
Initial Disclosures of Defendants City, Crue and Mackey

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, that the Initial Disclosures were emailed to:

Rick E. Bailey
rbailey@fcse.net
Attorney for Plaintiff

Andrew M. Stroth
Carlton Odim
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
*Pro Hac Vice* Attorneys for Plaintiff

J. Steve Pigg
David Cooper
spigg@fisherpatterson.com
dcooper@fisherpatterson.com
Attorneys for Defendants Cruse and Mackey

                                               /s/ *Shelly Starr*
                                               Mary R. (Shelly) Starr

**White v. City**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 6 of 6**
**Case No. 18-4050**
**Initial Disclosures of Defendants City, Crue and Mackey**