## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KELLY WHITE**, Individually, as Administrator of the Estate of Dominique T. White, deceased, and as Next Friend minor grandchildren **TUW, JSW, JKW, NCW**,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>**CITY OF TOPEKA, KANSAS;**<br>**TOPEKA POLICE OFFICER**<br>**MICHAEL CRUSE, OFFICER JUSTIN**<br>**MACKEY** and **JOHN DOE OFFICERS 1-5**,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:18-cv-04050-DDC-JPO<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

Plaintiff, by and through his counsel, notify the Court that Plaintiff's First Set of Requests for Production have been electronically served upon the following attorneys of record on the 28th day of June 2019:

J. Steven Pigg # 09213
David Cooper  #16690
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 S.W. 5th St.
Topeka, KS 66606
(785) 232-7761
(785) 232-6604  (Fax)
spigg@fisherpatterson.com
***ATTORNEYS FOR MICHAEL CRUSE AND JUSTIN MACKEY***

Mary R. (Shelly) Starr, #12896
Chief of Litigation
Nicholas H. Jefferson, #25530
Assistant City Attorney
Legal Department
215 SE 7th Street, Room 353
Topeka, Kansas  66603
(785) 368-3883

(785) 368-3901 (fax)
sstarr@topeka.org
njefferson@topeka.org
*ATTORNEYS FOR CITY OF TOPEKA*

        Respectfully submitted,

        /s/Rick E. Bailey
        Rick E. Bailey, KS # 11583
        Conlee, Schmidt & Emerson, LLP
        200 W. Douglas, Ste. 300
        Wichita, Kansas 67202
        (316) 264-3300
        (316) 264-3423 (Fax)
        rbailey@fcse.net

        Andrew M. Stroth (Pro Hac Vice)
        Carlton Odim (Pro Hac Vice)
        Action Injury Law Group, LLC
        191 North Wacker Drive
        Suite 2300
        Chicago, IL 60606
        (312) 771-2444
        (312) 641-6866 (Fax)
        astroth@actioninjurylawgroup.com
        carlton@actioninjurylawgroup.com

        **ATTORNEYS FOR PLAINTIFFS**Alexa
        Van Brunt
        Roderick and Solange MacArthur Justice
        Center
        Northwestern Pritzker School of Law
        375 E. Chicago Ave., 8th Floor
        Chicago, IL 60611
        a-vanbrunt@law.northwestern.edu

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of June 2019, a true and correct copy of the above and foregoing **Notice of Service** was filed with the Clerk of the District Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Defendant City of Wichita at:

J. Steven Pigg # 09213
David Cooper  #16690
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 S.W. 5th St.
Topeka, KS 66606
(785) 232-7761
(785) 232-6604  (Fax)
spigg@fisherpatterson.com
***ATTORNEYS FOR MICHAEL CRUSE AND JUSTIN MACKEY***

Mary R. (Shelly) Starr, #12896
Chief of Litigation
Nicholas H. Jefferson, #25530
Assistant City Attorney
Legal Department
215 SE 7th Street, Room 353
Topeka, Kansas  66603
(785) 368-3883
(785) 368-3901 (fax)
sstarr@topeka.org
njefferson@topeka.org
***ATTORNEYS FOR CITY OF TOPEKA***

                                                */s/* Rick E. Bailey
                                                Rick E. Bailey