# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KELLY WHITE**, Individually, as Administrator of the Estate of Dominique T. White, deceased, and as Next Friend minor grandchildren **TUW, JSW, JKW, NCW**,<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF TOPEKA, KANSAS; TOPEKA POLICE OFFICERS MICHAEL CRUSE**, **OFFICER JUSTIN MACKEY** and **JOHN DOE OFFICERS 1-5**,<br><br>Defendants. | Case No. 5:18-cv-04050-DDC-JPO |

## NOTICE OF VIDEOTAPED DEPOSITION

**TO:** DEFENDANT CITY OF Topeka and its attorneys J. Steven Pigg, David Cooper, Mary R. (Shelly) Starr, and Nicholas Jefferson

    **DEPONENT:**    Officer Justin Mackey
                              c/o J. Steven Pigg
                              Fisher, Patterson, Sayler & Smith, L.L.P.
                              3550 S.W. 5th St.
                              Topeka, KS 66606

    **YOU ARE HEREBY NOTIFIED** that pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure the undersigned will take the videotaped deposition of the above named deponent before a notary public, or any other duly authorized officer, at **Offices of Fisher, Patterson, Sayler & Smith, L.L.P., 3550 S.W. 5th Street, Topeka, Kansas 66606** on **Friday, August 9, 2019** at **9:00 A.M.**

                                                    Respectfully submitted,

                                                    /s/Rick E. Bailey
                                                    Rick E. Bailey, KS # 11583
                                                    Conlee, Schmidt & Emerson, LLP
                                                    200 W. Douglas, Ste. 300
                                                    Wichita, Kansas 67202
                                                    (316) 264-3300
                                                    (316) 264-3423 (Fax)

rbailey@fcse.net

Andrew M. Stroth (Pro Hac Vice)
Carlton Odim (Pro Hac Vice)
Action Injury Law Group, LLC
191 North Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 771-2444
(312) 641-6866 (Fax)
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com

Alexa Van Brunt
MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
8th Floor
Chicago, Illinois 60611
(312) 503-1336
a-vanbrunt@law.northwestern.edu

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of July, 2019, a true and correct copy of the above and foregoing **Notice of Videotape Deposition** was filed with the Clerk of the District Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Defendant City of Topeka, and Officers Michael Cruse and Justin Mackey, at:

J. Steven Pigg # 09213
David Cooper #16690
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 S.W. 5th St.
Topeka, KS 66606
(785) 232-7761
(785) 232-6604 (Fax)
spigg@fisherpatterson.com
***ATTORNEYS FOR MICHAEL CRUSE AND JUSTIN MACKEY***

Mary R. (Shelly) Starr, #12896
Chief of Litigation
Nicholas H. Jefferson, #25530
Assistant City Attorney
Legal Department
215 SE 7th Street, Room 353
Topeka, Kansas 66603
(785) 368-3883
(785) 368-3901 (fax)
sstarr@topeka.org
njefferson@topeka.org
***ATTORNEYS FOR CITY OF TOPEKA***

/s/   Rick E. Bailey