IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KELLY WHITE, Individually, as Administrator, ) <br> Of the Estate of Dominique T. White, deceased, ) <br> And as Next Friend of minor grandchildren ) <br> TUW, JSW, JKW, NCW, ) <br>       Plaintiff, ) <br> v. ) <br> ) <br> CITY OF TOPEKA, KANSAS, TOPEKA ) <br> POLICE OFFICER MICHAEL CRUSE, ) <br> OFFICER JUSTIN MACKEY and JOHN DOE ) <br> OFFICERS 1-5, ) <br>       Defendants. ) | Case No. 18-4050 DDC/JPO |

## NOTICE OF SERVICE

Defendant City of Topeka hereby notifies the Court that on July 23, 2019, responsive to Plaintiff's First Set of Requests for Production on Plaintiffs, a flash drive containing audio and video recordings was mailed to Plaintiffs.

Respectfully Submitted,

CITY OF TOPEKA

BY: /s/ *Shelly Starr*
Mary R. (Shelly) Starr #12986
Nicholas H. Jefferson, #25530
Assistant City Attorney
Legal Department
215 SE 7th Street, Room 353
Topeka, Kansas 66603
(785) 368-3883; (785) 368-3901 (fax)
sstarr@topeka.org
njefferson@topeka.org
Attorneys for Defendant City of Topeka

**White v. City of Topeka, et al**        **Page 1 of 2**
**Case No. 18-4050**
**Notice of Service of RFP audio and video**

CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Riche E. Bailey, Andrew M. Stroth, Carlton Odim, J. Steven Pigg, and David Cooper.

/s/ *Shelly Starr*
Mary R. (Shelly) Starr

**White v. City of Topeka, et al**       **Page 2 of 2**
**Case No. 18-4050**
**Notice of Service of RFP audio and video**