IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KELLY WHITE, individually, as Co-Administrator
of the Estate of Dominique T. White, deceased,
and as Next Friend to minor grandchildren,
TUW, JSW, JKW, NCE, and MARY THERESA
WYNNE, as Co-Administrator of the Estate of
Dominique T. White, deceased,

                     Plaintiffs,

vs.                                       Case No. 18-CV-4050-DDC-JPO

CITY OF TOPEKA, ET AL.,

                     Defendants.

## MOTION FOR SUMMARY JUDGMENT

Defendants, Michael Cruse and Justin Mackey, move the court to enter summary judgment pursuant to F.R.Civ.P. 56 dismissing plaintiff's claims against them because they are entitled to qualified immunity. Defendants contemporaneously submit a memorandum setting forth the uncontroverted facts and arguments and authorities in support of their motion.

Respectfully submitted,

/s/ J. Steven Pigg
J. Steven Pigg                       #09213
David R. Cooper                  #16690
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th St.
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
         dcooper@fisherpatterson.com
**Attorneys for Defendants**
**Michael Cruse and Justin Mackey**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rick E. Bailey
CONLEE, SCHMIDT & EMERSON, LLP
200 W. Douglas, Suite 300
Wichita, KS 67202
rbailey@fcse.net
**Attorney for Plaintiff**

Andrew M. Stroth
Carlton Odim
ACTION INJURY LAW GROUP, LLC
191 North Wacker Drive
Chicago, IL 60606
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
*Pro Hac Vice* **Attorneys for Plaintiff**

Mary R. (Shelly) Starr
Chief of Litigation
Nicholas H. Jefferson
Assistant City Attorney
CITY OF TOPEKA
Legal Department
215 S.E. 7th St., Room 353
Topeka, KS 66603
sstarr@topeka.org
njefferson@topeka.org
**Attorneys for Defendant City of Topeka**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

/s/ J. Steven Pigg
J. Steven Pigg