# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**KELLY WHITE**, Individually, as Co-Administrator of the Estate of Dominique T. White, deceased, and as Next Friend minor grandchildren **TUW, JSW, JKW, NCW**, and MARY THERESA WYNNE, as Co-Administrator of the Estate of Dominique T. White,

        Plaintiffs,

vs.                      Case No. 18-cv-4050-DDC-CPO

**CITY OF TOPEKA, KANSAS; TOPEKA POLICE OFFICER MICHAEL CRUSE**, **OFFICER JUSTIN MACKEY** and **JOHN DOE OFFICERS 1-5**,

        Defendants.

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs, pursuant to D. Kan. Rule 6.1(a), request a seven-day extension of time in which to response to the motion for summary judgment of Defendants Cruse and Mackey. In support of this motion, Plaintiffs would show the court the following:

1.    Defendants Cruse and Mackey filed their motion for summary judgment on October 30, 2019. Under D. Kan. Rule 6.1(d), Plaintiff's response to this motion is due November 20, 2019.

2.    Plaintiffs have consulted with J. Steven Pigg, counsel for defendants, who has no objection to this extension.

3.    This is Plaintiffs' first request for an extension of time to respond to Defendants' motion for summary judgment.

4.    Plaintiffs' counsel seeks this request because of the press of other work, including

a brief filed in the Tenth Circuit Court of Appeals in *United States v. Hamett,* Case No. 19-5054 filed on November 11, 2019.

WHEREFORE, Plaintiffs request an extension of seven days, or until November 27, 2019, to respond to the motion for summary judgment of Defendants' Cruse and Mackey.

Respectfully submitted,

/s/Rick E. Bailey
Rick E. Bailey, KS # 11583
Conlee, Schmidt & Emerson, LLP
200 W. Douglas, Ste. 300
Wichita, Kansas 67202
(316) 264-3300
(316) 264-3423 (Fax)
rbailey@fcse.net

Andrew M. Stroth (Pro Hac Vice)
Carlton Odim (Pro Hac Vice)
Action Injury Law Group, LLC
191 North Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 771-2444
(312) 641-6866 (Fax)
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November 2019, a true and correct copy of the above and foregoing **Plaintiffs' Motion for Extension of Time** was filed with the Clerk of the District Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Defendants at:

J. Steven Pigg # 09213
David Cooper  #16690
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 S.W. 5th St.
Topeka, KS 66606
(785) 232-7761
(785) 232-6604  (Fax)
spigg@fisherpatterson.com
***ATTORNEYS FOR MICHAEL CRUSE AND JUSTIN MACKEY***

Mary R. (Shelly) Starr, #12896
Chief of Litigation
Nicholas H. Jefferson, #25530
Assistant City Attorney
Legal Department
215 SE 7th Street, Room 353
Topeka, Kansas  66603
(785) 368-3883
(785) 368-3901 (fax)
sstarr@topeka.org
njefferson@topeka.org
***ATTORNEYS FOR CITY OF TOPEKA***

                                       */s/* Rick E. Bailey
                                       Rick E. Bailey