IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KELLY WHITE, individually, as Co-Administrator
of the Estate of Dominique T. White, deceased,
and as Next Friend to minor grandchildren,
TUW, JSW, JKW, NCE, and MARY THERESA
WYNNE, as Co-Administrator of the Estate of
Dominique T. White, deceased,

                Plaintiffs,

   vs.                                               Case No. 18-CV-4050-DDC-JPO

CITY OF TOPEKA, ET AL.,

                Defendants.

## UNOPPOSED MOTION FOR ADDITIONAL TIME

Defendants Justin Mackey and Michael Cruse request a fourteen (14) day extension of time in which to reply to plaintiffs' response to their Motion for Summary Judgment. In support of this motion, defendants state:

1.      Defendants filed a Motion for Summary Judgment (ECF 51) on October 30, 2019. Plaintiffs' response (ECF 58) was filed on November 27, 2019.

2.      Defendants' reply brief is due on December 11, 2019. This is defendants' first request for an extension of this deadline.

3.      Defendants have consulted with plaintiffs' counsel, Andrew Stroth, who agrees to this requested extension.

4.      Defendants require additional time to reply because of the press of other work, including preparation of a Motion for Summary Judgment and Motion to Exclude Experts in *Finch v. City of Wichita*, Case No. 18-CV-01018, filed on December 2, 2019, preparation for and

participation in a pre-suit mediation on December 4, 2019, attendance at the Kansas Association of Defense Counsel meeting on December 6 and 7, 2019, and the requirement of completing two Tenth Circuit briefs in *Clark v. City of Williamsburg, Kansas*, Case No. 19-3237, and *Clark v. Unified School District No. 287*, Case No. 19-3234, which are due on December 19, 2019.

Defendants respectfully request an additional 14 days to file their reply.

Respectfully submitted,

/s/ J. Steven Pigg
J. Steven Pigg                                                    #09213
David R. Cooper                                                   #16690
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th St.
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
             dcooper@fisherpatterson.com
**Attorneys for Defendants
Michael Cruse and Justin Mackey**

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rick E. Bailey
CONLEE, SCHMIDT & EMERSON, LLP
200 W. Douglas, Suite 300
Wichita, KS 67202
rbailey@fcse.net
**Attorney for Plaintiff**

Andrew M. Stroth
Carlton Odim
ACTION INJURY LAW GROUP, LLC
191 North Wacker Drive
Chicago, IL 60606
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
***Pro Hac Vice* Attorneys for Plaintiff**

Mary R. (Shelly) Starr
Chief of Litigation
Nicholas H. Jefferson
Assistant City Attorney
CITY OF TOPEKA
Legal Department
215 S.E. 7th St., Room 353
Topeka, KS 66603
sstarr@topeka.org
njefferson@topeka.org
**Attorneys for Defendant City of Topeka**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

/s/ J. Steven Pigg
J. Steven Pigg