IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KELLY WHITE and MARY THERESA WYNNE**, as Co-Administrators of the Estate of Dominique T. White, Deceased,<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF TOPEKA,**<br><br>**Defendant.** | Case No. 18-4050-DDC |

## ORDER

The parties have filed a "Joint Motion to Stay Deadline for a Motion for Summary Judgment and Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2)." Doc. 81. It asks the court to dismiss with prejudice plaintiffs' claims against defendant City of Topeka and to enter final judgment against all of plaintiffs' claims.[1] The court grants the Joint Motion to Dismiss with Prejudice. Under Fed. R. Civ. P. 41(a)(2), the court dismisses plaintiffs' claims against the City of Topeka with prejudice.[2] Also, it directs the Clerk of the Court to enter Judgment against plaintiffs' claims consistent with this Order and the court's September 28, 2020 Order granting the individual defendants' Motion for Summary Judgment (Doc. 63).

---

[1]  The court has confirmed with the parties via email that their request for a dismissal with prejudice is a joint request by plaintiffs and defendant City of Topeka.

[2]  As a consequence of the court's dismissal, the parties' request to stay the dispositive motion deadline is moot.

2

**IT IS THEREFORE ORDERED BY THE COURT THAT** the parties' "Joint Motion to Stay Deadline for a Motion for Summary Judgment and Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2)" (Doc. 81) is granted in part and denied in part as moot.

**IT IS SO ORDERED.**

**Dated this 29th day of November, 2021, at Kansas City, Kansas**

<u>s/ Daniel D. Crabtree</u>
**Daniel D. Crabtree**
**United States District Judge**