# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**KELLY WHITE and MARY THERESA**
**WYNNE, as Co-Administrators of the**
**Estate of Dominique T. White, Deceased,**

          **Plaintiffs,**

v.                                      Case No. 18-4050-DDC

**CITY OF TOPEKA,**
**MICHAEL CRUSE,**
**JUSTIN MACKEY,**

          **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED BY THE COURT THAT** pursuant to the Memorandum and Order (Doc. 63) filed on September 28, 2020, plaintiffs' claims against defendants Michael Cruse and Justin Mackey are dismissed on the merits.

**IT IS FURTHER ORDERED THAT** pursuant to the Order (Doc. 82) filed on November 29, 2021, plaintiffs' claims against defendant City of Topeka are dismissed with prejudice.

    11/29/2021                                          SKYLER B. O'HARA
      Date                                                CLERK OF THE DISTRICT COURT

                                                       by:   s/ Megan Garrett
                                                             Deputy Clerk